[No. 70462-1-I. Division One. September 15, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT G. ISABEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-00547-4, Mariane C. Spearman, J., entered May 31, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Lau, JJ.

[No. 70508-3-I. Division One. September 15, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT WOLD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-02053-0, Bruce E. Heller, J., entered June 7, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Schindler and Leach, JJ.

[No. 70701-9-I. Division One. September 15, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID C. HINDAL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-02176-3, Kimberley Prochnau, J., entered June 28, 2013. *Affirmed in part* and *remanded* by unpublished opinion per Becker, J., concurred in by Dwyer and Lau, JJ.

[No. 70790-6-I. Division One. September 15, 2014.]

In the Matter of the Marriage of SANDY S. OU, *Appellant*, and HUNG K. CHEUNG, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-3-05415-0, Joan B. Allison, J. Pro Tem., entered July 18, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Trickey, JJ.